UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO.: 3:18-cv-957

WELLS FARGO COMMERCIAL
DISTRIBUTION FINANCE, LLC, a
Delaware limited liability company,

    Plaintiff,

v.

CHARLETTE ASHLEY SCHINDLER,
a/k/a ASHLEY ROBERTSON, a/k/a
ASHLEY SCHINDLER, an individual,

    Defendant.

---

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Plaintiff, WELLS FARGO COMMERCIAL DISTRIBUTION FINANCE, LLC, a Delaware limited liability company, and pursuant to Rule 7.1, Fed.R.Civ.P., hereby identifies any parent corporation and any publicly held corporation owning 10% or more of its stock as follows:

Wells Fargo Bank, N.A. owns 100% of the membership interests of Plaintiff. Wells Fargo Bank, N.A. is a national banking association whose citizenship is located in Sioux Falls, SD.

Respectfully submitted,

*Kimberly H. Israel*
KIMBERLY HELD ISRAEL
Florida Bar #47287
**McGLINCHEY STAFFORD**
10407 Centurion Parkway North, Suite 200
Jacksonville, FL 32256
(904) 224-4449 Telephone
(904) 485-8083 Facsimile
Primary E-mail: kisrael@mcglinchey.com

Secondary E-mail: lwhite@mcglinchey.com
*Attorneys for Plaintiff, WELLS FARGO COMMERCIAL DISTRIBUTION FINANCE, LLC, a Delaware limited liability company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Corporate Disclosure Statement has been furnished, via the Court's CM/ECF portal, this 7th day of June, 2018, to: **Shiraz A. Hosein, Esq.**, Anchors Smith Grimsley, sahosein@asglegal.com, *Attorney for Defendant*.

_Kimberly H. Israel_
ATTORNEY